Argued and submitted September 27, conviction affirmed; sentence vacated and remanded for resentencing November 13, 1991

STATE OF OREGON,
*Respondent,*

*v.*

CARL JOHN SCHULTZ,
*Appellant.*

(90-07-34300; CA A67142)

820 P2d 906

J. Marvin Kuhn, Chief Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Sally L. Avera, Public Defender, Salem.

Thomas H. Denney, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Dave Frohnmayer, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Warren, Presiding Judge, and Riggs and Edmonds, Judges.

PER CURIAM

Conviction affirmed; sentence vacated and remanded for resentencing. *State v. Racicot,* 106 Or App 557, 809 P2d 726 (1991).